1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorneys for Defendant
6   Robert Meyer

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:19-cr-00012-LJO

12              Plaintiff,             AMENDED STIPULATION AND ORDER TO
                                       CONTINUE STATUS CONFERENCE
13  vs.

14  ROBERT MEYER,                      DATE:  July 11, 2019
                                       TIME:  2:00 p.m.
15              Defendant.             JUDGE: Hon. Sheila K. Oberto

16

17

18          IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the status conference in the above-captioned matter now set for May 23,

20  2019, before the Honorable Sheila K. Oberto, be continued until July 11, 2019 at 2:00 p.m.

21  before the Duty Magistrate Judge.

22          Mr. Meyer's continued attendance and progress at the program was confirmed by his

23  supervising United States Program Officer to counsel. Based on Probation's request, the parties

24  are now seeking the status conference be continued to July 11, 2019 at 2:00 p.m. for an

25  additional update on Mr. Meyer.

26          As Mr. Meyer has already admitted his violation and as this is supervised release

27  violation, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C.

28  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: May 22, 2019        By:    /s/ *Henry Carbajal*
                                    MELANIE ALSWORTH
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 22, 2019        By:    /s/ *Charles J. Lee*
                                      CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    Robert Meyer

# **O R D E R**

     IT IS SO ORDERED that the status conference in the above-entitled case shall be continued to July 11, 2019 at 2:00 p.m. before the Duty Magistrate Judge.


Dated:  **May 22, 2019**               /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE